Clerk's Office
United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE
ASSIGNMENT

Civil action ___07___ CV ___504___ was assigned to Judge

___Weinstein___ and Magistrate Judge ___Mann___

as related to ___04MD 1596___ on ___2/5/___, 2007.

A copy of the complaint is attached.

A copy of this Notice will be docketed.

cc: Chambers of Assigned Judge and Magistrate Judge
    Case File