```
                                            FILED
                                        IN CLERK'S OFFICE
                                     U.S. DISTRICT COURT, E.D.N.Y.
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

★ JAN 05 2007 ★

-----------------------------------------------------x

ORDER       BROOKLYN OFFICE

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

04-MDL-1596

-----------------------------------------------------x

JACK B. WEINSTEIN, United States District Judge:

A letter has been received on behalf of Judi Chamberlin and MindFreedom International, dated January 4, 2007, requesting reargument on the extension and modification of the December 29, 2006 temporary mandatory injunction. The motion for reargument will be heard at 2:00 p.m. E.S.T. on January 8, 2007. Parties who wish to participate by telephone may do so by prior arrangement with case manager June Lowe, who can be reached at (718) 613-2525.

SO ORDERED.

Hon. Jack B. Weinstein

Date:  January 5, 2007
       Brooklyn, N.Y.

