# MyBittorrent.com

Home  Movies  Music  TV  Games  Software  Anime  Com
Login  Signup  Advanced Search  Upload A Torrent  FAQ  Contact Us

FILED
IN CLERK'S OFFICE
FEB 07 2007
U.S. DISTRICT COURT E.D.N.Y
★ BROOKLYN OFFICE ★

CV07-504 (JBW)

Search   Welcome Guest
signup and rece

**Real amateur cam chat!**
Take to a Private show !

**Genuine amateur cam chat!**
Real Im Live at home video chat
hosts MyWebcamClip.com

**Ask Questions Get Answe**
Ask Questions, Post Secret
Confessions, All Anonymou

## ZyprexaKills.tar.gz

| | |
|---|---|
| **Name** | ZyprexaKills.tar.gz.torrent |
| **Infohash** | 79a49765d5b796936d9be87968ed83fbc7eeb5f0 |
| **Category** | Unsorted |
| **Size** | 269.1 MB |
| **Files** | 1 |
| **Peers** | Uploaders & Downloaders |
| **Added** | 2007-01-04 23:16:28 |

**Download Via Bittorrent**
Standard Torrent Download

**Download via Magnet Link**
For Compatible Applications

**Download via UseNext**
VIP, Anonymous, 3x Faster Download

**Download via WQ**
Fast Anonymous Full Download

F+D   Your A 504
JW 07-cv-504

**Tracker**  UL  DL
Awaiting Stats

**Name**  **Size**
ZyprexaKills.tar.gz  269

http://www.mybittorrent.com/unsorted/bittorrent_580054.html
myBittorrent.com - Bittorrent Downloads & Bittorrent Search - 5 SQL Queries - 11.5121 Seconds

Contact Us | Content Removal | Advertising | Privacy Policy
www.mybittorrent.com © 2002 - 2007

http://www.mybittorrent.com/unsorted/bittorrent_580054.html    26/01/2007

# Eli Lilly Internal Documents - Download ZyprexaKills.tar.gz
Saturday, January 13th, 2007 at 8:09 am by Rob Wipond

In the course of research for my upcoming articles in both **Adbusters** and **Focus** magazines, I found these documents. They are internal memos, emails and studies from Eli Lilly and Company, one of the world's largest pharmaceutical companies.

There are a lot of relatively uninteresting pages mixed into this large file (269 MB), but overall some of the documents do seem to indicate, exactly as the **New York Times** and **others** have written, that Lilly apparently was involved in illegal, possibly criminal activities by misleading doctors about side effects and appropriate uses for their sedating-antipsychotic Zyprexa (Olanzapine), currently the world's third best-selling drug. I consider it important background documentation for my readers, and critical for independent evaluation.

Currently, distribution and even to some extent discussion of these documents **have been suppressed** by an injunction from Eli Lilly in the United States. I found them using the Electronic Frontier Foundation's **TOR** anti-censorship stealth network.

As a Canadian journalist working in Canada, I feel it's important to make them easily accessible for public viewing, for the public good and people's health. I have particular concern and sympathy today for those people across Canada and around the world who are being forced to take Lilly's Zyprexa and other very dangerous drugs against their wills, victims of forced psychiatric interventions or inappropriate treatment in homes for the elderly. These documents help show how misguided forced psychiatric intervention really is, and how its methods tend to be more similar to chemical restraint and torture than to science or medicine. Further analysis, opinion and clarification about the memos will be forthcoming shortly in my articles. In the meantime, my thanks to the creators of the TOR network.

As of mid-Jan, there are some Bittorrent downloads of this file available — these will probably be much faster downloads than mine and will save me from having to pay for extra bandwidth, so I encourage you to try those first if you know your way around Bittorrent. Search on zyprexakills or ZyprexaKills.tar.gz either at **BTJunkie** or **The Pirate Bay**. Unfortunately, **Isohunt** seems to have had its plug temporarily pulled as I write this.

Open the files using an unzipping utility like **Power Archiver**.

### Search

### General
About RW
RW's Newsletter

### Archives
Mind Struggles Between Psychiatrists and Psychiatrized
Eli Lilly Internal Documen Download ZyprexaKills.tar
The De-indoctrination of S Nikolai Lanine
Health Care Complainer Needed
Remember: History Prov Everything
Misquoting the Way to W
When Money-making Mee News-making
Is That God Calling?
An Interview with Dr. Abr Hoffer
Let There Be Pills For Al
Why We Love to Hate Ia Thow
What Was that Minister Thinking?
Are We Actually Helping Afghanistan?
(still) Paving Paradise
Slave Ships at Ogden Poir

Case 1:07-cv-00504-JBW-RLM   Document 46   Filed 02/07/07   Page 3 of 3 PageID #: 986

Alternatively, download from me here **ZyprexaKills.tar.gz**

Trackback   Permalink   Filed under: Health

## 3 Comments

I've been following the news regarding the leaked memos, found your website through a google search on "ZyprexaKills". Your website is now used as a reference in Wikipeda:
http://en.wikipedia.org/wiki/Zyprexa

-patrick

Comment by Patrick | January 21st, 2007 2:13 pm | Permalink

Thanks for the heads up, Patrick.

Comment by Rob Wipond | January 21st, 2007 2:35 pm | Permalink

Totally cool.. I'd seen something about this elsewhere, think it was a commentary by *David* re the same.. My "fog" comes and goes so I missed it all the first go-round.. Being one who has to see things firsthand to "get" them, thanks to your inventiveness, now I will.. 

Wow, just saw how large the file is.. Still being on dialup here, 7-Zip and DownloadThemAll are personal favorites for successfully accessing, *yikes*, large .tar.gz's.. DownloadThemAll 1) speeds up the download and 2) most often will resume right where it left off downloading a partial file should the dialup connection be broken during a large file download..

Thanks and Best wishes.. 

Comment by Cindy Sue Causey | January 24th, 2007 2:08 am | Permalink

## Leave a Comment

Name

Mail (will not be published)

Website

**XHTML:** You can use these tags: <a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <code> <em> <i> <strike> <strong>

### Categories
- BC Politics (7)
- Bloggities (0)
- Canadian Politics (2)
- Culture and Art (0)
- Economics (2)
- Environment (2)
- Health (4)
- Inner Exploration (1)
- Media (3)
- Mental Health (5)
- Satire (2)
- Society (1)
- U.S. Politics (1)
- Uncategorized (0)
- Unleashed (0)
- Unsustainably Inane (0)
- Violence and War (4)
- Work (1)

### Calendar
January 2007

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

« Dec

### Blog Administration
Login

### Syndication
RSS 2.0
RSS .92
Atom 0.3