**FILED
IN CLERK'S OFFICE

FEB 0 8 2007

U.S. DISTRICT COURT E.D.N.Y.
★ BROOKLYN OFFICE ★**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------x
                                    )   CV07-504 (JBW)
In re: ZYPREXA                      )   04-MDL-1596 (JBW)
PRODUCTS LIABILITY LITIGATION       )
                                    )   AFFIDAVIT OF LAURA ZIEGLER IN
-----------------------------------x    OPPOSITION TO ELI LILLY AND
                                        COMPANY'S AMENDED PROPOSED
                                        FINDING OF FACTS AND PROPOSED
                                        ORDER FOR MANDATORY INJUNCTION

I, Laura Ziegler, being duly sworn, state:

1. I first learned of the documents at issue on December 19, 2006, when I opened an e-mail from James Gottstein. Mr. Gottstein informed me that he had sent me a DVD, or two DVDs, containing documents pertaining to Zyprexa, and that he had been orally ordered to have them returned to Special Master Peter Woodin.

2. In response to his request I arranged to have a package from Mr. Gottstein which had arrived in my Montpelier post office box sent, unopened, to Special Master Woodin by certified mail on December 20. I had it arranged as I was not in Montpelier at the time.

3. I have confirmation from the U.S. Postal Service that the package was accepted on the morning of December 20 and delivered on Thursday, December 28, shortly before noon. A copy of this confirmation is attached.

4. I have not seen the Zyprexa documents. I have not had these documents in my possession other than as the presumed content of an unopened package at the Montpelier post office. I have not given them to another person other than to arrange to have that package taken out of my post office box and sent, unopened, to Special Master Woodin.

5. I believe there is no basis for the court to enjoin me.

I declare under penalty of perjury and under the laws of the United States that the above statement is true and correct.

*Laura Ziegler*

Laura Ziegler
P.O. Box 722
Montpelier, Vermont 05601

Executed on February 5th, 2007 at Montpelier, Vermont.

*Marguerite A. Bolduc*
Notary Public                   2-10-2007

2/1/2007 6:01 PM

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7006 0100 0002 7186 4488
Detailed Results:
- Delivered, December 28, 2006, 11:56 am, NEW YORK, NY 10017
- Acceptance, December 20, 2006, 9:58 am, MONTPELIER, VT 05602

Enter Label/Receipt Number.

< Back    Return to USPS.com Home >    Go >



**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >



POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy