1044 Gainsbury Rd.
Port Moody, BC V3H 2P2

December 23, 2006

Peter H. Woodin
JAMS
280 Park Ave., 28th Floor
New York, NY 10017

Dear Sir:

Re: Electronic Documents Received From James Gottstein

Enclosed is the DVD-ROM which I received from Mr. Gotstein yesterday, and which he directed that I forward to you.

Sincerely yours,

Byles Whittington

encl.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ BROOKLYN OFFICE ★
FEB 08 2007