D. John McKay
Law Offices of D. John McKay
117 E. Cook Ave.
Anchorage, Alaska  99501
Telephone:  (907) 274-3154
Facsimile:   (907) 272-5646
E-mail:   mckay@alaska.net

Attorney for  Respondent James B. Gottstein

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

―――――――――――――――――――x
)
In re: ZYPREXA                                  )          07-0504 (JBW)
PRODUCTS LIABILITY LITIGATION    )
)
―――――――――――――――――――x
04-MDL-1596 (JBW)  [Related]

**MOTION TO DISSOLVE DECEMBER 18, 2006, ORDER FOR MANDATORY INJUNCTION
and
FOR RETURN OF PRODUCED DOCUMENTS**

James B. Gottstein, Esq., ("Gottstein") hereby moves to dissolve the Order for Mandatory Injunction issued against him in this action on December 18, 2006, by the Honorable Brian M. Cogan.  This grounds for this motion are set forth in Respondent James B. Gottstein's Response To Eli Lilly And Company's Request To Modify And Extend The Court's January 3, 2007 Temporary Mandatory Injunction And Memorandum In Support Of Motion To Dissolve December 18, 2006, Order For Mandatory Injunction and related submissions, filed contemporaneously herewith.

- 1 -

- 2 -

Dated:   February 9, 2007						Respectfully submitted,


								/s/D.JohnMcKay/
								_____
								D. John McKay
								Law Offices of D. John McKay
								117 E. Cook Ave.
								Anchorage, Alaska 99501
								Phone: (907) 274-3154
								Fax:    (907) 272-5646
								E-mail:mckay@alaska.net