**Pepper Hamilton LLP**
—Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

**FILED**
IN CLERK'S OFFICE

FEB 1 2 2007

U.S. DISTRICT COURT E.D.N.Y.
★ BROOKLYN OFFICE ★

Sean P. Fahey
direct dial: 215-981-4296
faheys@pepperlaw.com

February 6, 2007

*Via Facsimile*

The Honorable Jack B. Weinstein
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Injunctions for Violation of CMO-3, 07-cv-0504

Dear Judge Weinstein:

We are writing to request an opportunity to submit a reply brief, on or before Monday, February 12, 2007, to address the submissions made by the enjoined parties on February 7, and the submission by Special Master Woodin updating the Court and parties on the return of documents by certain of the enjoined parties.

Respectfully yours,

Sean P. Fahey

SPF/cjs

cc: Counsel of Record (via email)

*Granted. No further time. JBW 2/7/07*

Philadelphia    Boston    Washington, D.C.    Detroit    New York    Pittsburgh
Berwyn    Harrisburg    Orange County    Princeton    Wilmington
www.pepperlaw.com

TOTAL P.02