**FILED**
IN CLERK'S OFFICE

FEB 12 2007

U.S. DISTRICT COURT E.D.N.Y.
★ BROOKLYN OFFICE ★

**D. JOHN McKAY**
Attorney at Law
117 E. Cook Ave.
Anchorage, Alaska 99501

Telephone
(907) 274-3154

Fax
(907) 272-5646

February 7, 2007

VIA FACSIMILE and E-Mail

Hon. Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: In re: Zyprexa Products Liability Litigation
CMO-3 Documents Matter, Case No. 07-504 Civ. (JBW)
Related Case No. 04-MDL 1596

Dear Judge Weinstein,

I find that I must ask for a brief extension of the time for filing responses for James Gottstein and Terrie Gottstein to Lilly's January 31 filings. This request is made for good cause, which I would be happy to explain in whatever detail the court might require, if requested. I have contacted opposing counsel about this, as well as the other parties filing briefs in this matter, and no one has any objection to my request to extend the deadline for the Gottsteins' filings from today until Monday, February 12. Mr. Fahey has requested a corresponding extension of time in which Lilly might file a reply brief, until Friday, February 16. My clients do not object to this, should the court grant Lilly an opportunity to file such further briefing.

Thank you for your consideration.

Sincerely,

D. John McKay

cc: (by e-mail)
Fahey, Reinert, Milstein, Meadow
Von Lohman, Chabasinski

*[Handwritten annotation: Denied Time extended to 2/9/07 5:00 pm. No extension to Lilly. The court's schedule regretfully does not permit further delay. So ordered. JW 2/7/07]*