FILED
IN CLERK'S OFFICE

FEB 12 2007

U.S. DISTRICT COURT E.D.N.Y
★ BROOKLYN OFFICE ★

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

———————————————x
)  CV 07-504 (JBW)
In re: ZYPREXA ) 04-MDL-1596 (JBW)
PRODUCTS LIABILITY LITIGATION )
) AFFIDAVIT OF LAURA ZIEGLER IN
———————————————x OPPOSITION TO ELI LILLY AND
COMPANY'S AMENDED PROPOSED
FINDING OF FACTS AND PROPOSED
ORDER FOR MANDATORY INJUNCTION

I, Laura Ziegler, being duly sworn, state:

1. I first learned of the documents at issue on December 19, 2006, when I opened an e-mail from James Gottstein. Mr. Gottstein informed me that he had sent me a DVD, or two DVDs, containing documents pertaining to Zyprexa, and that he had been orally ordered to have them returned to Special Master Peter Woodin.

2. In response to his request I arranged to have a package from Mr. Gottstein which had arrived in my Montpelier post office box sent, unopened, to Special Master Woodin by certified mail on December 20. I had it arranged as I was not in Montpelier at the time.

3. I have confirmation from the U.S. Postal Service that the package was accepted on the morning of December 20 and delivered on Thursday, December 28, shortly before noon. A copy of this confirmation is attached.

4. I have not seen the Zyprexa documents. I have not had these documents in my possession other than as the presumed content of an unopened package at the Montpelier post office. I have not given them to another person other than to arrange to have that package taken out of my post office box and sent, unopened, to Special Master Woodin.

5. I believe there is no basis for the court to enjoin me.

I declare under penalty of perjury and under the laws of the United States that the above statement is true and correct.

*Laura Ziegler* (signature)

Laura Ziegler
P.O. Box 722
Montpelier, Vermont 05601

Executed on February 5th, 2007 at Montpelier, Vermont.

*Marguerite A. Bolduc* (signature)
Notary Public                    2-10-2007