UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x

ZYPREXA LITIGATION, et al.

----------------------------------------------------x

In re INJUNCTION

----------------------------------------------------x

JUDGMENT & ORDER

07-CV-0504
*Related to* MDL No. 1596

FILED
IN CLERK'S OFFICE
MAR 0 6 2007
U.S. DISTRICT COURT E.D.N.Y
BROOKLYN OFFICE

JACK B. WEINSTEIN, Senior United States District Judge:

On February 13, 2007, this court issued a "Memorandum, Final Judgment, Order, and Injunction." The entry of that judgment and injunction was "stayed for ten days to permit an application to the Court of Appeals of the Second Circuit for reinstatement of this court's order of January 4, 2007 including within a preliminary injunction various websites, or for other relief." *In re Zyprexa Injunction*, No. 07-CV-0504, 2007 WL 460838, *45 (E.D.N.Y. Feb. 13, 2007).

A review of the docket of this court shows no application for an appeal seeking further stay of entry of the February 13, 2007 Order, Judgment, and Injunction. Accordingly, the Clerk of the Court will file and docket the February 13, 2007 Judgment.

SO ORDERED.

Jack B. Weinstein

Date:   March 1, 2007
        Brooklyn, New York